

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

No. 06-19-00073-CR

KYONDREH ISAIAH BROOKS, Appellant

V.

THE STATE OF TEXAS, Appellee

On Appeal from the 145th District Court
Nacogdoches County, Texas
Trial Court No. F1723109

Before Morriss, C.J., Burgess and Stevens, JJ.

ORDER

Appellant Kyondreh Isaiah Brooks was convicted of two counts of aggravated robbery and was sentenced to twenty years' imprisonment. Brooks has appealed from that conviction and the resulting sentence. On June 24, 2019, Brooks' court-appointed appellate counsel, G. Dean Watts, filed an *Anders*[1] brief, and on June 28, 2019, Brooks filed a pro se motion for access to the appellate record for purposes of preparing a response to his counsel's *Anders* brief. Under *Kelly v. State*,[2] we are required to enter an order specifying the procedure to be followed to ensure Brooks' access to the record.

To ensure that Brooks receives a complete copy of the appellate record in a timely manner, we instructed our clerk's office to forward a complete paper copy of the appellate record to Brooks at the Holliday Unit in Huntsville, Texas. We further instructed our clerk's office to forward copies of the digitally recorded exhibits contained in the appellate record to Brooks care of Law Librarian Casey Hyde, Holliday Transfer Facility, 295 IH-45 North, Huntsville, Texas 77320. Allowing fifteen days for the record to be delivered to Brooks and giving Brooks thirty days to prepare his pro se response, we hereby set August 16, 2019, as the deadline for Brooks to file his pro se response to his counsel's *Anders* brief.

IT IS SO ORDERED.

BY THE COURT

DATE:        July 2, 2019

---

[1]*See Anders v. California*, 386 U.S. 738 (1967).

[2]*Kelly v. State*, 436 S.W.3d 313, 321–22 (Tex. Crim. App. 2014).